# Court of Appeals
# of the State of Georgia

ATLANTA,  March 30, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1295. TERRY WAYNE VESELICA v. TERESA L. VESELICA.**

On May 12, 2016, the trial court entered an order finding Terry Wayne Veselica in contempt of a divorce and settlement agreement for failing to pay his children's health insurance and his portion of one of the children's student loan payments. Terry filed a motion for new trial, which the trial court denied. He then filed this direct appeal. We lack jurisdiction.

Where, as here, the underlying action involves rights and obligations created by a settlement agreement incorporated into a divorce decree, and does not involve child custody, the case is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2). See *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005); *Collins v. Davis*, 318 Ga. App. 265, 266-267 (1) (733 SE2d 798) (2012). Appeals in such matters must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2). Terry's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/30/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.